Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd Ste 150
Lake Oswego, OR 97035
888 595 9111 ext 216
866 927 5826 facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**EVAN JENSEN**,

      Plaintiff,

vs.

**OMNI CREDIT SERVICES OF FLORIDA, INC.**,

      Defendant.

Case No.: 3:12-cv-00405-HU

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff hereby moves for default judgment against Defendant Omni Credit Services of Florida, Inc. who was served with Plaintiff's Complaint via personal service on March 8, 2012. (Document 3). Defendant has offered no explanation for its failure to answer the instant complaint. Accordingly, Plaintiff seeks default against Defendant in the amount of four thousand six hundred forty five dollars ($4,645.00), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. §1692(k)(a)(2)(A), three thousand two hundred fifty five dollars ($3,255.00) in attorney fees and three hundred and ninety dollars ($390.00) for court costs.

      This sum is supported by a declaration of the undersigned, filed concurrently.

////

////

                                        Dated this 31st of October, 2012.

                                        By_s/Joshua Trigsted__
                                        Joshua Trigsted
                                        Trigsted Law Group, P.C.
                                        5200 SW Meadows Rd Ste 150
                                        Lake Oswego, OR 97035
                                        888 595 9111 ext 216
                                        866 927 5826 facsimile
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, a true and correct copy of the foregoing was served via U.S. Mail, postage pre-paid, upon the following:

                                        Greg Straub
                                  OMNI Credit Services, Inc.
                                  333 Bishops Way, Ste 100
                                  Brookfield WI 53005-6209

                                                          /s/ Terri Parrish
                                                          Terri Parrish