IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**EVAN JENSEN,**

        Plaintiff,

        v.

**OMNI CREDIT SERVICES OF FLORIDA, INC.,**

        Defendant.

No. 3:12-cv-00405-HU

DEFAULT JUDGMENT

**MOSMAN, J.**,

        Based on my Opinion and Order,

        IT IS ORDERED AND ADJUDGED that plaintiff is awarded (1) statutory damages in the amount of $1,000; (2) attorney fees in the amount of $3,255; and (3) costs in the amount of $390. This case is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

        DATED this __21st__ day of March, 2013.

        /s/ Michael W. Mosman
        MICHAEL W. MOSMAN
        United States District Judge

1 – DEFAULT JUDGMENT